# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOSE MARQUEZ, individually and on behalf of all others similarly situated,

**(b)** County of Residence of First Listed Plaintiff: Monterey
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
L. Timothy Fisher, Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940, Walnut Creek, CA 94596, Tel.: (925) 300-4455

## DEFENDANTS
GOODRX HOLDINGS, INC., META PLATFORMS, INC., GOOGLE LLC, and CRITEO CORP.,

County of Residence of First Listed Defendant: Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
- Citizen of This State: PTF [X] 1, DEF 1
- Incorporated or Principal Place of Business In This State: PTF 4, DEF [X] 4

## IV. NATURE OF SUIT
[X] 370 Other Fraud

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(d)(2)

Brief description of cause:
Defendants shared sensitive user information without consent.

## VII. REQUESTED IN COMPLAINT:
[✓] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.
DEMAND $ 5,000,000.00
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S), IF ANY
JUDGE:
DOCKET NUMBER:

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
[X] SAN JOSE

DATE: 03/02/2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ L. Timothy Fisher